| | | | |
|---|---|---|---|
| O'Brien v. Great Lakes Oncology Hematology, Inc. | 09/15/2015156 WAL (2015) | Denied | Pa.Super., 118 A.3d 454 |
| Peters v. National Interstate Ins. Co., Inc.............. | 09/16/2015157 EAL (2015) | Denied | Pa.Super., 108 A.3d 38 |
| Travaline v. Travaline ............. | 09/23/2015476 MAL (2015) | Denied | No. 1111 EDA 2015 |
| V.L.D.H., In re; A.R., In re........ | 09/15/2015454 EAL (2015) | Denied | Pa.Super., 122 A.3d 1143 |
| City of Pittsburgh v. Fraternal Order of Police Fort Pitt Lodge No. 1 ...... | 09/14/2015135 WAL (2015) | Denied | Pa.Cmwlth., 111 A.3d 794 |
| Com. v. Halstead ... | 09/14/2015381 MAL (2015) | Denied | Pa.Cmwlth., 109 A.3d 372 |
| Cook v. Pennsylvania, Dept. of Corrections .......... | 09/14/2015354 MAL (2015) | Denied | No. 2388 CD 2014 |
| Hitner v. Office of Open Records and Bucks County Clerk of Courts [1] .. | 09/21/2015435 MAL (2015) | Denied | Pa.Cmwlth., 112 A.3d 701 |
| Lichtman v. Castille | 09/14/2015363 EAL (2015) | Denied | No. 64 CD 2015 |

1. Reargument En Banc Denied October 20, 2015.